UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YEHUDA KATZ,
Individually and on behalf of a class,

                            Plaintiff,                  14 **CIVIL** 740 (PAC)

      -against-                               **JUDGMENT**

DONNA KARAN INTERNATIONAL, INC.;
THE DONNA KARAN COMPANY, LLC;
THE DONNA KARAN COMPANY STORE, LLC.
                      Defendants.
------------------------------------------------------------X

      Plaintiff Yehuda Katz ("Plaintiff") brings this class action against Defendants Donna Karan International, Inc., The Donna Karan Company, LLC, and The Donna Karan Store, LLC (collectively, "Defendants"), alleging willful violations of the Fair and Accurate Credit Transaction Act ("FACTA"), and Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on January 29, 2015, having rendered its Opinion & Order granting Defendants' motion to dismiss and dismissing the Plaintiff's claims with prejudice; and directing the Clerk of Court to enter judgment and close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 29, 2015, Defendants' motion to dismiss is granted and Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
            January 30, 2015

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                               **BY:**    *K. Mango*
                                                      **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 01/30/2015