

Activity in Case 1:14-cv-00740-PAC Katz v. The Donna Karan Company, L.L.C. et al Appeal Record Sent to USCA - Electronic File
NYSD_ECF_Pool  to: CourtMail  02/18/2015 02:32 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/18/2015 at 2:31 PM EST and filed on 2/18/2015

**Case Name:** Katz v. The Donna Karan Company, L.L.C. et al
**Case Number:** [1:14-cv-00740-PAC](#)
**Filer:**
**WARNING: CASE CLOSED on 01/30/2015**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [45] Notice of Appeal, filed by Yehuda Katz were transmitted to the U.S. Court of Appeals. (nd)**


**1:14-cv-00740-PAC Notice has been electronically mailed to:**

Gregg M Mashberg    gmashberg@proskauer.com, LSOSDNY@proskauer.com

Charles S. Sims    csims@proskauer.com, LSOSDNY@proskauer.com

Howard Lowell Wexler    hwexler@herzfeld-rubin.com, ManagingAttorneysDepartment@herzfeld-rubin.com

Daniel Vladimir Gsovski    dgsovski@herzfeld-rubin.com

CLOSED,APPEAL,COMPLEX−CSMGMT,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:14−cv−00740−PAC
*Internal Use Only*

| | |
|---|---|
| Katz v. The Donna Karan Company, L.L.C. et al | Date Filed: 02/04/2014 |
| Assigned to: Judge Paul A. Crotty | Date Terminated: 01/30/2015 |
| Cause: 28:1331ng Fed. Question: Natural Gas Act | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Yehuda Katz**  represented by **Daniel Vladimir Gsovski**
Herzfeld &Rubin, P.C.
125 Broad Street
New York, NY 10004
212−472−8512
Fax: 212−344−3333
Email: dgsovski@herzfeld−rubin.com
*ATTORNEY TO BE NOTICED*

**Howard Lowell Wexler**
Herzfeld &Rubin, P.C.
125 Broad Street
New York, NY 10004
(212) 471−8480
Fax: (212)−344−3333
Email: hwexler@herzfeld−rubin.com
*ATTORNEY TO BE NOTICED*

**Shimshon Wexler**
The Law Offices of Shimshon Wexler, PC
216 West 104th Street #129
New York, NY 10025
(212)−760−2400
Fax: (917)−512−6132
Email: shimshonwexler@yahoo.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Donna Karan Company, L.L.C.**  represented by **Charles S. Sims**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212.969.3000
Fax: 212.969.2900
Email: csims@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg M Mashberg**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212) 969−3000
Fax: (212) 969−2900
Email: gmashberg@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Alexander Munkittrick**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)–969–3226
Fax: (212)–969–2900
Email: dmunkittrick@proskauer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Donna Karan Company Store, L.L.C.**   represented by   **Charles S. Sims**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg M Mashberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Alexander Munkittrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donna Karan International, Inc.**   represented by   **Charles S. Sims**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg M Mashberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Alexander Munkittrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2014 | 1 | COMPLAINT against Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. (Filing Fee $ 350.00.)Document filed by Yehuda Katz.(laq) (laq). (Entered: 02/09/2014) |
| 02/04/2014 | | SUMMONS ISSUED as to Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. (laq) (Entered: 02/09/2014) |
| 02/04/2014 | | Magistrate Judge Sarah Netburn is so designated. (laq) (Entered: 02/09/2014) |
| 02/04/2014 | | Case Designated ECF. (laq) (Entered: 02/09/2014) |
| 02/04/2014 | 2 | CIVIL COVER SHEET filed. (laq) (laq). (Entered: 02/09/2014) |
| 02/04/2014 | 3 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE SOUTHERN DISTRICT OF NEW YORK (See M–10–468 Order filed November 1, 2011). This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the Pilot Project), unless the judge to whom this case is assigned determines otherwise. This case is designated for inclusion in the Pilot Project because it is a class action, an MDL action, or is in one of the following Nature of |

| | | |
|---|---|---|
| | | Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950. The presiding judge in a case that does not otherwise qualify for inclusion in the Pilot Project may nevertheless designate the case for inclusion in the Pilot Project by issuing an order directing that the case be included in the Pilot Project. The description of the Pilot Project, including procedures to be followed, is attached to this Order. (Signed by Judge Loretta A. Preska on 10/31/2011) (laq) (Entered: 02/09/2014) |
| 02/04/2014 | | ***NOTICE TO ATTORNEY TO SUBMIT PDF OF CIVIL COVER SHEET. Notice to Attorney Shimshon Wexler, to submit PDF of the Civil Cover Sheet. Email a copy of Civil Cover Sheet to: caseopenings@nysd.uscourts.gov. (laq) (Entered: 02/09/2014) |
| 02/09/2014 | | ***NOTE TO ATTORNEY TO E−MAIL PDF. Note to Attorney Shimshon Wexler for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E−MAIL the PDF for Document 1 Complaint to: caseopenings@nysd.uscourts.gov. (laq) (Entered: 02/09/2014) |
| 03/03/2014 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Donna Karan Company, L.L.C. served on 2/19/2014, answer due 3/12/2014. Service was accepted by Chad Matice, Authorized Agent in the Office of the Secretary of State. Document filed by Yehuda Katz. (Wexler, Shimshon) (Entered: 03/03/2014) |
| 03/04/2014 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint. Donna Karan International, Inc. served on 2/19/2014, answer due 3/12/2014. Service was accepted by Chad Matice, Authorized Agent in the Office of the Secretary of State. Document filed by Yehuda Katz. (Wexler, Shimshon) (Entered: 03/04/2014) |
| 03/06/2014 | 6 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, Summons Issued addressed to Judge Paul A. Crotty from Gregg M. Mashberg dated 3/6/14. Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C..(Mashberg, Gregg) (Entered: 03/06/2014) |
| 03/07/2014 | 7 | ORDER granting 6 Letter Motion for Extension of Time to Answer. Answer now due by: April 11, 2014. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (Crotty, Paul) (Entered: 03/07/2014) |
| 03/13/2014 | 8 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Donna Karan Company Store, L.L.C. served on 2/19/2014, answer due 4/11/2014. Service was accepted by Chad Matice, Authorized Agent in the Office of the Secretary of State. Document filed by Yehuda Katz. (Wexler, Shimshon) (Entered: 03/13/2014) |
| 03/28/2014 | 9 | NOTICE OF APPEARANCE by Charles S. Sims on behalf of Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. (Sims, Charles) (Entered: 03/28/2014) |
| 03/28/2014 | 10 | LETTER MOTION for Conference *Requesting Pre−Motion Conference* addressed to Judge Paul A. Crotty from Charles S. Sims, Esq. dated 3/28/2014. Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C..(Sims, Charles) (Entered: 03/28/2014) |
| 03/28/2014 | 11 | NOTICE OF APPEARANCE by Gregg M Mashberg on behalf of Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. (Mashberg, Gregg) (Entered: 03/28/2014) |
| 03/31/2014 | 12 | LETTER MOTION for Conference re: 10 LETTER MOTION for Conference *Requesting Pre−Motion Conference* addressed to Judge Paul A. Crotty from Charles S. Sims, Esq. dated 3/28/2014. *Request to Amend the Complaint* addressed to Judge Paul A. Crotty from Shimshon Wexler dated March 31st, 2014. Document filed by Yehuda Katz.(Wexler, Shimshon) (Entered: 03/31/2014) |
| 04/01/2014 | | NOTICE of Conference: Pre−Motion Conference scheduled to go forward on: Wednesday, April 9, 2014 @ 03:30 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge Paul A. Crotty, U.S.D.J. Requests for adjournment of the conference will be considered if made in writing and in accordance with Judge Crotty's Individual Practices. A PDF IS NOT ATTACHED TO THIS ENTRY (By: Marlon Ovalles − Courtroom Deputy). (mov) (Entered: 04/01/2014) |

| | | |
|---|---|---|
| 04/01/2014 | | (Court only) ***Motion(s) terminated: 12 LETTER MOTION for Conference re: 10 LETTER MOTION for Conference *Requesting Pre–Motion Conference* addressed to Judge Paul A. Crotty from Charles S. Sims, Esq. dated 3/28/2014. *Request to Amend the Complaint* addressed to Judge Paul A. LETTER MOTION for Conference re: 10 LETTER MOTION for Conference *Requesting Pre–Motion Conference* addressed to Judge Paul A. Crotty from Charles S. Sims, Esq. dated 3/28/2014. *Request to Amend the Complaint* addressed to Judge Paul A. filed by Yehuda Katz, 10 LETTER MOTION for Conference *Requesting Pre–Motion Conference* addressed to Judge Paul A. Crotty from Charles S. Sims, Esq. dated 3/28/2014. filed by The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C., Donna Karan International, Inc.. (mov) (Entered: 04/01/2014) |
| 04/08/2014 | | Calendar Entry: In light of Defendant's agreement to allow the Plaintiff to file an Amended Complaint, the Pre–Motion Conference scheduled to go forward on Wednesday, April 9, 2014 is marked off the calendar. There is no need to appear. A PDF IS NOT ATTACHED TO THIS ENTRY (By: Marlon Ovalles, Courtroom Deputy). (mov) (Entered: 04/08/2014) |
| 04/08/2014 | 13 | NOTICE OF APPEARANCE by Howard Lowell Wexler on behalf of Yehuda Katz. (Wexler, Howard) (Entered: 04/08/2014) |
| 04/09/2014 | 14 | NOTICE OF APPEARANCE by Daniel Vladimir Gsovski on behalf of Yehuda Katz. (Gsovski, Daniel) (Entered: 04/09/2014) |
| 04/14/2014 | 15 | LETTER MOTION for Extension of Time to Amend addressed to Judge Paul A. Crotty from Daniel Vladimir Gsovski dated april 14, 2014. Document filed by Yehuda Katz.(Gsovski, Daniel) (Entered: 04/14/2014) |
| 04/14/2014 | 16 | ORDER granting 15 Letter Motion for Extension of Time to Amend. Amended Complaint due by May 6, 2014. Response to Amended Complaint on or before May 30, 2014 (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (Crotty, Paul) (Entered: 04/14/2014) |
| 05/06/2014 | 17 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** AMENDED COMPLAINT amending 1 Complaint against Yehuda Katz with JURY DEMAND.Document filed by Yehuda Katz. Related document: 1 Complaint filed by Yehuda Katz.(Gsovski, Daniel) Modified on 5/7/2014 (lcu). (Entered: 05/06/2014) |
| 05/07/2014 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT AMENDED COMPLAINT. Notice to Attorney Daniel Gsovski RE: Document No. 17 Amended Complaint,. The filing is deficient for the following reason(s): the wrong party was selected for FILED AGAINST Re–file the document and select the correct party you are filing against. (lcu)** (Entered: 05/07/2014) |
| 05/07/2014 | 18 | **FILING ERROR – DEFICIENT PLEADING – FRCP RULE 15 NON–COMPLIANCE – FILED AGAINST PARTY ERROR** – AMENDED COMPLAINT amending 17 Amended Complaint, 1 Complaint against All Defendants with JURY DEMAND.Document filed by Yehuda Katz. Related document: 17 Amended Complaint, filed by Yehuda Katz, 1 Complaint filed by Yehuda Katz.(Wexler, Shimshon) Modified on 5/8/2014 (mqu). (Entered: 05/07/2014) |
| 05/08/2014 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT AMENDED COMPLAINT. Notice to Attorney Daniel Vladimir Gsovski RE: Document No. 18 Amended Complaint,. The filing is deficient for the following reason(s): Filing Does Not Comply with FRCP Rule 15the wrong party was selected for FILED AGAINST File the Exhibit to Pleading event found under the event category Other Documents and attach either opposing party's written consent or Court's leave.Re–file the document and select the correct party you are filing against. Select each defendant you are filing against. (mqu)** (Entered: 05/08/2014) |
| 05/12/2014 | 19 | **FILING ERROR – DEFICIENT PLEADING – FRCP RULE 15 NON–COMPLIANCE** – AMENDED COMPLAINT amending 1 Complaint, 18 Amended Complaint, against Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C. with JURY DEMAND.Document filed by Yehuda Katz. Related document: 1 Complaint filed |

| | | |
|---|---|---|
| | | by Yehuda Katz, 18 Amended Complaint, filed by Yehuda Katz. (Attachments: # 1 Exhibit Opposing Party's Written Consent)(Wexler, Shimshon) Modified on 5/13/2014 (jom). (Entered: 05/12/2014) |
| 05/12/2014 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT AMENDED COMPLAINT. Notice to Attorney Shimshon Wexler RE: Document No. 19 Amended Complaint,,. The filing is deficient for the following reason(s): Filing Does Not Comply with FRCP Rule 15 (a)(1)(A)(B)(2). File the Exhibit to Pleading event found under the event category Other Documents and attach either opposing party's written consent or Court's leave. Leave has expired on May 6, 2014. (jom)** (Entered: 05/13/2014) |
| 05/13/2014 | 20 | AMENDED COMPLAINT amending 1 Complaint, 19 Amended Complaint,, against Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C. with JURY DEMAND.Document filed by Yehuda Katz. Related document: 1 Complaint filed by Yehuda Katz, 19 Amended Complaint,, filed by Yehuda Katz.(Wexler, Shimshon) (Entered: 05/13/2014) |
| 05/13/2014 | 21 | EXHIBIT TO PLEADING re: 20 Amended Complaint,. Document filed by Yehuda Katz.(Wexler, Shimshon) (Entered: 05/13/2014) |
| 05/27/2014 | 22 | LETTER MOTION for Conference *requesting a Pre−Motion Conference* addressed to Judge Paul A. Crotty from Charles S. Sims dated 5/27/2014. Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C..(Sims, Charles) (Entered: 05/27/2014) |
| 05/28/2014 | 23 | LETTER MOTION for Extension of Time to File Response/Reply as to 22 LETTER MOTION for Conference *requesting a Pre−Motion Conference* addressed to Judge Paul A. Crotty from Charles S. Sims dated 5/27/2014. addressed to Judge Paul A. Crotty from Daniel V. Gsovski dated May 27, 2014. Document filed by Yehuda Katz.(Wexler, Shimshon) (Entered: 05/28/2014) |
| 05/29/2014 | 24 | ORDER granting 23 Letter Motion for Extension of Time to File Response (6/2/14) re 22 LETTER MOTION for Conference requesting a Pre−Motion Conference. Responses due by 6/2/2014 (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (Crotty, Paul) (Entered: 05/29/2014) |
| 06/02/2014 | 25 | LETTER RESPONSE to Motion addressed to Judge Paul A. Crotty from Daniel V. Gsovski dated June 2, 2014 re: 22 LETTER MOTION for Conference *requesting a Pre−Motion Conference* addressed to Judge Paul A. Crotty from Charles S. Sims dated 5/27/2014. . Document filed by Yehuda Katz. (Wexler, Shimshon) (Entered: 06/02/2014) |
| 06/03/2014 | 26 | ORDER denying 22 Letter Motion for Conference. There is no need for a pre−motion conference. The parties should meet and confer to agree upon a schedule for defendants' motion, plaintiff's response, and defendants' reply. The schedule should be submitted within 10 days. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (Crotty, Paul) (Entered: 06/03/2014) |
| 06/09/2014 | 27 | LETTER addressed to Judge Paul A. Crotty from Charles S. Sims dated June 9, 2014 re: Schedule Agreed to by the Parties Pursuant to Your Honor's Order of June 3, 2014.. Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C..(Sims, Charles) (Entered: 06/09/2014) |
| 06/09/2014 | 28 | NOTICE OF APPEARANCE by David Alexander Munkittrick on behalf of Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. (Munkittrick, David) (Entered: 06/09/2014) |
| 06/09/2014 | 29 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent LVMH Moet Hennessy−Louis Vuitton SA, Corporate Parent Donna Karan International Inc. for The Donna Karan Company Store, L.L.C.; Corporate Parent LVMH Moet Hennessy−Louis Vuitton SA for Donna Karan International, Inc.; Corporate Parent LVMH Moet Hennesy−Louis Vuitton SA for The Donna Karan Company, L.L.C.. Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C..(Sims, Charles |

| | | |
|---|---|---|
| | | (Entered: 06/09/2014) |
| 06/10/2014 | 30 | MEMO ENDORSEMENT on re: 27 Letter, filed by The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C., Donna Karan International, Inc.. ENDORSEMENT: SO ORDERED. Donna Karan International, Inc. answer due 7/28/2014; The Donna Karan Company Store, L.L.C. answer due 7/28/2014; The Donna Karan Company, L.L.C. answer due 7/28/2014. (Motions due by 7/28/2014, Responses due by 8/26/2014, Replies due by 9/17/2014.) (Signed by Judge Paul A. Crotty on 6/10/2014) (tn) (Entered: 06/10/2014) |
| 06/10/2014 | | (Court only) ***Staff Notes: re: 30 , as per Marlon in chambers, a motion deadline should also be set for 7/28/2014. (tn) (Entered: 06/10/2014) |
| 07/28/2014 | 31 | MOTION to Dismiss . Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. Responses due by 8/26/2014(Sims, Charles) (Entered: 07/28/2014) |
| 07/28/2014 | 32 | MEMORANDUM OF LAW in Support re: 31 MOTION to Dismiss . . Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. (Sims, Charles) (Entered: 07/28/2014) |
| 07/28/2014 | 33 | DECLARATION of Charles S. Sims in Support re: 31 MOTION to Dismiss .. Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sims, Charles) (Entered: 07/28/2014) |
| 08/26/2014 | 34 | MEMORANDUM OF LAW in Opposition re: 31 MOTION to Dismiss . . Document filed by Yehuda Katz. (Wexler, Shimshon) (Entered: 08/26/2014) |
| 08/27/2014 | 35 | LETTER addressed to Judge Paul A. Crotty from Howard L. Wexler, Esq. dated August 27, 2014 re: Removing attorney Charles Crum from the electronic file as he is no longer with the firm.. Document filed by Yehuda Katz.(Wexler, Howard) (Entered: 08/27/2014) |
| 08/28/2014 | 36 | MEMO ENDORSEMENT on re: 35 Letter filed by Yehuda Katz. ENDORSEMENT: The Clerk of Court is directed to terminate Mr. Crum from this case. (Signed by Judge Paul A. Crotty on 8/28/2014) (tn) (Entered: 08/28/2014) |
| 09/17/2014 | 37 | REPLY MEMORANDUM OF LAW in Support re: 31 MOTION to Dismiss . *Defendants' Reply in Support of Their Motion to Dismiss*. Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C.. (Sims, Charles) (Entered: 09/17/2014) |
| 10/07/2014 | 38 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** RESPONSE in Opposition to Motion re: 31 MOTION to Dismiss . *Letter from DVGsovski to Court*. Document filed by Yehuda Katz. (Attachments: # 1 Exhibit supplemental authority)(Gsovski, Daniel) Modified on 10/8/2014 (db). (Entered: 10/07/2014) |
| 10/07/2014 | 39 | LETTER addressed to Judge Paul A. Crotty from Charles S. Sims dated October 7, 2014 re: Response to plaintiff's 10–7–14 Letter [Dkt 38]. Document filed by Donna Karan International, Inc., The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C..(Sims, Charles) (Entered: 10/07/2014) |
| 10/08/2014 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Daniel Vladimir Gsovski to RE–FILE Document 38 Response in Opposition to Motion. Use the event type Letter found under the event list Other Documents. (db)** (Entered: 10/08/2014) |
| 10/08/2014 | 40 | LETTER addressed to Judge Paul A. Crotty from Daniel V. Gsovski dated October 7, 2014 re: Supplemental Authority. Document filed by Yehuda Katz. (Attachments: # 1 Exhibit Opinion, Redman v. Radioshack)(Gsovski, Daniel) (Entered: 10/08/2014) |
| 10/24/2014 | 41 | LETTER addressed to Judge Paul A. Crotty from Daniel V. Gsovski dated October 24, 2014 re: Appellate Status of Crupar–Weinmann v. Paris Baguette. Document filed by Yehuda Katz.(Gsovski, Daniel) (Entered: 10/24/2014) |

| | | |
|---|---|---|
| 11/19/2014 | 42 | LETTER addressed to Judge Paul A. Crotty from Daniel V. Gsovski dated November 19, 2014 re: Supplemental Authority. Document filed by Yehuda Katz. (Attachments: # 1 Exhibit Fullwood v. Wolfgang's Steakhouse)(Gsovski, Daniel) (Entered: 11/19/2014) |
| 01/30/2015 | 43 | OPINION &ORDER #105217 re: 31 MOTION to Dismiss . filed by The Donna Karan Company Store, L.L.C., The Donna Karan Company, L.L.C., Donna Karan International, Inc. For the foregoing reasons, the Defendants' motion to dismiss is GRANTED. Plaintiff's claims are dismissed with prejudice and the Clerk of the Court is directed to enter judgment and close the case. (Signed by Judge Paul A. Crotty on 1/29/2015) (lmb) Modified on 2/10/2015 (ca). (Entered: 01/30/2015) |
| 01/30/2015 | | Transmission to Judgments and Orders Clerk. Transmitted re: 43 Memorandum &Opinion, to the Judgments and Orders Clerk. (lmb) (Entered: 01/30/2015) |
| 01/30/2015 | 44 | CLERK'S JUDGMENT: It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion &Order dated January 29, 2015, Defendants' motion to dismiss is granted and Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 01/30/2015) (Attachments: # 1 Right to Appeal, # 2 Right to Appeal)(km) (Entered: 02/02/2015) |
| 01/30/2015 | | (Court only) ***Civil Case Terminated.*** (km) (Entered: 02/02/2015) |
| 02/18/2015 | 45 | NOTICE OF APPEAL from 44 Clerk's Judgment, 43 Memorandum &Opinion,. Document filed by Yehuda Katz. Filing fee $ 505.00, receipt number 0208−10608119. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Wexler, Shimshon) (Entered: 02/18/2015) |
| 02/18/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 45 Notice of Appeal,. (nd) (Entered: 02/18/2015) |
| 02/18/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 45 Notice of Appeal, filed by Yehuda Katz were transmitted to the U.S. Court of Appeals. (nd) (Entered: 02/18/2015) |