*The Law Offices of Shimshon Wexler, PC*
*1411 Dalewood Dr NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
swexleresq@gmail.com

March 17, 2015

<u>Via CM/ECF</u>
US Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Katz v. The Donna Karan Company, LLC*
Docket No.: 15-464

To Whom it May Concern:

I am the attorney for the Appellant in the above referenced matter. I will not be filing a Reply to Docket No. 32 (OPPOSITION TO MOTION, to hold appeal in abeyance [29]) and I will not be filing a Response to Docket No. 33 (MOTION, to be heard in tandem). Accordingly, please consider the motions "submitted" for decision.

Respectfully,

/s/ Shimshon Wexler