Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Gregg M. Mashberg
Member of the Firm
d 212.969.3450
f 212.969.2900
gmashberg@proskauer.com
www.proskauer.com

May 27, 2015

<u>*Via ECF*</u>

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

<u>Re: *Katz v. The Donna Karan Company, L.L.C., et al.* **Dkt. # 15-464-cv**</u>

To the Clerk of the Court:

We are counsel to appellees-defendants The Donna Karan Company L.L.C., The Donna Karan Company Store L.L.C., and Donna Karan International Inc. (collectively, "DK") in the above-referenced appeal.

We write to respectfully update DK's Oral Argument Statement, filed on May 12, 2015, to add the following dates (in addition to those previously listed) on which we cannot appear for argument: **August 13-14, 2015**.

Respectfully submitted,

*/s/ Gregg M. Mashberg*

Gregg M. Mashberg

Cc:   Shimshon Wexler, Esq. (via ECF)
        Counsel for appellant-plaintiff