*The Law Offices of Shimshon Wexler, PC*
*1411 Dalewood Dr NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
swexleresq@gmail.com

June 15, 2015

<u>Via CM/ECF</u>
US Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Katz v. The Donna Karan Company, LLC*
Docket No.: 15-464

To Whom it May Concern:

I am the attorney for the Appellant in the above referenced matter. I write to add to the dates I will not be available for oral argument in addition to those listed on my Oral Argument Statement dated May 14, 2015. The dates I am adding are August 10-14, 2015.

Respectfully,

/s/ Shimshon Wexler